IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SONJIA McCOY | ) |
| | ) |
| v. | ) NO. 2-11-0026 |
| | ) JUDGE CAMPBELL |
| PRECISION THERMOPLASTIC | ) |
| COMPONENTS, INC., et al. | ) |

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 71), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, this action is STAYED, pursuant to 11 U.S.C. § 362. The parties shall file with this Court, on or before June 1, 2012, a Status Report as to the status of the bankruptcy proceeding and the status of this dispute.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE