IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

SONJIA McCOY )
)
v. ) NO. 2-11-0026
) JUDGE CAMPBELL
PRECISION THERMOPLASTIC )
COMPONENTS, INC., et al. )

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 160), Objections filed by Defendant DS Containers (Docket No. 164), and a Response filed by Plaintiff (Docket No. 165).

Pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b)(3) and Local Rule 72.03(b)(3), the Court has reviewed *de novo* the Report and Recommendation, the Objections, the Response and the file. The Objections of the Defendant are overruled, and the Report and Recommendation is adopted and approved.

Accordingly, Defendant's First Motion to Amend (Docket No. 108) is DENIED, and Defendant's Second Motion to Amend (Docket No. 125) is GRANTED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE