IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

SONJIA McCOY )
)
v. ) NO. 2-11-0026
) JUDGE CAMPBELL
PRECISION THERMOPLASTIC )
COMPONENTS, INC., et al. )

ORDER

Pending before the Court are Plaintiff's Motion for Partial Summary Judgment (Docket No. 139) and Defendant DS Containers, Inc.'s Motion for Partial Summary Judgment (Docket No. 142).

For the reasons stated in the accompanying Memorandum, both Motions are DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE